UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DARRELL ALLEN

Plaintiff(s),

vs.

EDWIN UTRERAS, Star #19901 in his individual capacity and the CITY OF CHICAGO,

Defendant(s).

Case No.

17-cv-02144
Judge Thomas M. Durkin
Magistrate Judge Susan E. Cox

RECEIVED
MAR 20 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is DARRELL ALLEN.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, __EDWIN UTRERAS, Star #19901__, is
(name, badge number if known)

☒ an officer or official employed by __The City of Chicago Police Department__ ;
(department or agency of government)
_____or

☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is __The City of Chicago__. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant ~~only if custom or policy allegations are made at paragraph 7 below~~ based on 745 ILCS 10/9-102

6. On or about __January 30, 2015.__, at approximately _____ ☐ a.m. ☐ p.m.
(month, day, year)
plaintiff was present in the municipality (or unincorporated area) of __Chicago__
_____, in the County of __Cook__,
State of Illinois, at __4012 S. Martin Luther King Drive, 2nd Floor__,
(identify location as precisely as possible)

when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

☒ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
☐ searched plaintiff or his property without a warrant and without reasonable cause;
☐ used excessive force upon plaintiff;
☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
☐ failed to provide plaintiff with needed medical care;
☐ conspired together to violate one or more of plaintiff's civil rights;
☒ Other:
__Falsely imprisoned and maliciously prosecuted plaintiff.__
_____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*):_____

_____

_____

_____.

8. Plaintiff was charged with one or more crimes, specifically:

   Possession of drugs.

   _____

   _____

   _____

   _____.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   ☐ are still pending.

   ☒ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1] or
         or after March 20, 2015

   ☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

   fair trial as follows_____

   _____.

   ☐ Other: _____.

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

This claim is based on Plaintiff's rights under the 4th Amendement and/or due process clause to free from false imprisonment, unlawful detention and malicious prosecution. Plaintiff claims that Defendant Utreras planted drugs in his shoe leading to his imprisonment/detention and prosecution. This claim is supported by a non frivolous argument for modifying or reversing existing 7th Circuit precedent or for establishing new law as the issue involved is pending before the U. S. Supreme Court in Manuel v. City of Joliet.

11. Defendant acted knowingly, intentionally, willfully and maliciously.

12. As a result of defendant's conduct, plaintiff was injured as follows:

False imprisonment, restrictions of bond, criminal prosecution emotional distress

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: Darrell Allen, Danielle Allen

Plaintiff's name *(print clearly or type)*: Darrell Allen

Plaintiff's mailing address: 4012 S. Martin Luther King Drive Apt 2nd Floor

City Chicago    State IL    ZIP 60653

Plaintiff's telephone number: (773) 991-3622 .

Plaintiff's email address *(if you prefer to be contacted by email)*:

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]